REQUEST FOR COURT ACTION / DIRECTION

TO: Honorable Denise L. Cote
U.S. District Judge

OFFENSE: CT. 1: Possession With Intent to Distribute Cocaine Near A School (21 USC 812, 841 (a)(1)(b)(1)(B) and 845 (a)). A Class A Felony.

ORIGINAL SENTENCE: Three (3) years. Execution of Sentence Suspended (ESS), Five (5) years probation, $50 Special Assessment.

FROM: Donald J. Freeman
Sr. U.S. Probation Officer

SPEC. CONDITIONS: Graduate from High School. If the defendant does not graduate or is arrested during the probation term, probation will be revoked and he will serve term of incarceration.

AUSA: Amy Lester

RE: Anthony Stephney
Docket # 86 CR 546 (MJL)

DEFENSE: Daniel Noble
MED: September 4, 1991

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/08

DATE OF SENTENCE: September 5, 1986

DATE: April 10, 2008

ATTACHMENTS: PSI X   JUDGMENT X   PREVIOUS REPORTS
VIOLATION PETITION X

REQUEST FOR:   WARRANT___   SUMMON___   COURT DIRECTION  X

## UPDATED STATUS REPORT

This case was originally sentenced by the Honorable Mary Johnson Lowe on September 5, 1986. Thereafter, Anthony Stephney was arrested in June 1990 by New York City Police Department. He was charged with Attempted Murder 2nd, Possession of a Loaded Weapon 2nd, Assault and Reckless Endangerment (Indictment # 9151-90).

As time progressed, we had numerous contacts with the U.S. Attorney's office to have this matter resolved, however, no response was received. Mr. Stephney is currently at Otisville State Correctional Facility on a Violation of Parole. According to the Institutional parole officer supervisor, Jim Castle, the offender's earliest possible release date is November 28, 2009. His conditional release date is May 23, 2013.

In view of all of the above information, we respectfully request that your Honor indicate a date that this case can be heard, so the U.S. Attorney's office can make the necessary arrangements to produce him for the hearing.

STEPHNEY, ANTHONY                    - 2 -                              2539/DJF

We ask that your Honor indicate your directions in this matter in the check list provided below.

                                              Respectfully Submitted,

                                              Chris J. Stanton
                                            Chief U.S. Probation Officer

                                            By: Donald J. Freeman
                                            Sr. U.S. Probation Officer
                                            (212) 805 - 5095

Approved By: _____  4/29/08
             Enid Febus                    Date
            Supervising U.S. Probation Officer

[ ] A court date is scheduled on ____June 12, 2008____ in courtroom ___11B___

[ ] Other    10:30 am.

_____
_____
_____
_____
_____

May 7, 2008
_____
Date

                                            _____
                                            Honorable Denis L. Cote
                                            U.S. District Judge