

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 2, 2008

**BY HAND**



The Honorable Denise L. Cote
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

JUN 0 2 2008
CHAMBERS OF
DENISE COTE

    Re:   **United States v. Anthony Stepheney,**
          **86 Cr. 546 (DLC)**

Dear Judge Cote:

          This matter is scheduled for a conference before Your Honor on June 12, 2008 at 10:30 a.m. to address two outstanding violation specifications, which allege that the defendant violated the terms of his probation. After further review, the Government has determined that the arrest warrant based on the two specifications was not issued before the expiration of the defendant's probation term. Accordingly, the Government and the United States Probation Office agree that the specifications should be dismissed. See 18 U.S.C. § 3565(c) (warrant or summons must be issued prior to expiration of probation term in order for court to retain jurisdiction over revocation proceedings).

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                         By: _____
                              Amy Lester
                              Assistant United States Attorney
                              Tel: (212) 637-2416
                              Fax: (212) 637-0421

cc:   U.S. Probation Officer Donald J. Freeman (By Facsimile)
      Sabrina P. Shroff, Esq. (By Hand)
      Daniel Noble, Esq. (By Hand)

*The writ of habeas corpus ad prosequendum for Anthony Stepheney of 5/8/08 is vacated.
Denise Cote
/June 3, 2008*

COPIES SENT TO:


Amy Lester                          Sabrina P. Shorff
Assistant U.S. Attorney             Federal Defender Services
One St. Andrew's Plaza              52 Duane Street, 10th Floor
New York, NY 10007                  New York, NY 10007


U.S. Probation Departmetn
Attn: Donald J. Freeman, USPO