REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Honorable Denise L. Cote<br>U.S. District Judge | OFFENSE: CT. 1: Possession With Intent to Distribute Cocaine Near A School (21 USC 812, 841 (a)(1)(b)(1)(B) and 845 (a)). A Class A Felony. |
| | | ORIGINAL SENTENCE: Three (3) years. Execution of Sentence Suspended (ESS), Five (5) years probation, $50 Special Assessment. |
| FROM: | Donald J. Freeman<br>U.S. Probation Officer | SPEC. CONDITIONS: Graduate from High School. If the defendant does not graduate or is arrested during the probation term, proabtion will be revoked and he will serve term of incarceration. |
| | | AUSA: Amy Lester |
| RE: | Anthony Stephney   DLC<br>Docket # 86 CR 546 (MJL) | DEFENSE: Daniel Noble<br>MED: September 4, 1991 |

DATE OF SENTENCE: September 5, 1986

DATE:   July 1, 2008

ATTACHMENTS:   PSI X   JUDGMENT X   PREVIOUS REPORTS X
                VIOLATION  PETITION

REQUEST FOR:   WARRANT____   SUMMON ____   COURT DIRECTION __X__

---

### STATUS REPORT

On June 3, 2008, at the request of the Government and agreement by the Probation Department, the Court vacated the warrant against Anthony Stephney for violation of his probation. (Copy of AUSA Amy Lester's memo is attached). However, the order did not address violation specifications, one (1) and two (2) of the violation petition. Consequently, we respectfully request that your Honor also order that the specifications be dismissed. We have provided a check list for your consideration and response.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-3-08
```

STEPHNEY, ANTHONY                           -2-                               2539/DJF

We ask that your Honor indicate your directions in this matter in the check list provided below.

Respectfully Submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: Donald J. Freeman
Sr. U.S. Probation Officer
(212) 805 - 5095

Approved By: _____  7/1/08
Enid Febus                    Date
Supervising U.S. Probation Officer

[✓] The Court directs that Violation Specifications 1 and 2 of the Violation Petition be dismissed in addition to the warrant being vacated.

[ ] Other

_____
_____
_____
_____
_____
_____

7/3/08                                        _____
Date                                          Honorable Denise L. Cote
                                              U.S. District Judge